Exhibit B

 **PPS** PROFESSIONAL
PLACEMENT
SERVICES, LLC

888-828-5368

December 5, 2018

PPS Account #: ▮1692
Balance: $604.44

0008120024009703407553027193612-1YA1--Y220040977 1546
801 - 1546
CINDY ZURAKOV
512 Church St
Hartford WI 53027-1936

Professional Placement Services, LLC
PO Box 612
Milwaukee WI 53201-0612

*** Detach Upper Portion And Return With Payment ***

Creditor: Capital One, N.A.
Original Creditor: Capital One, N.A.
Re: Your Kohl's Credit Card Account XXXXXX8637
PPS Account #: ▮1692
Balance: $604.44

1546-ONPPSV10-801-04/03/18

MEMBER



AMERICAN COLLECTORS
*association member*

## COLLECTION NOTICE

This letter will serve to inform you that your delinquent account has been placed with Professional Placement Services, LLC (PPS). PPS will help you resolve this debt!!

This is an attempt to collect a debt by a debt collector. Any information obtained will be used for that purpose. Unless you notify this office within 30 days after receiving this notice that you dispute the validity of this debt or any portion thereof, this office will assume this debt is valid. If you notify this office in writing within 30 days from receiving this notice that you dispute the validity of this debt or any portion thereof, this office will obtain verification of the debt or obtain a copy of a judgment and mail you a copy of such judgment or verification. If you request this office in writing within 30 days after receiving this notice, this office will provide you with the name and address of the original creditor, if different from the current creditor.

**This collection agency is licensed by the Division of Banking in the Wisconsin Department of Financial Institutions, www.wdfi.org.**

Professional Placement Services, LLC • Collection Services Division
272 N 12th Street • PO Box 612 • Milwaukee WI 53201-0612 • 888-828-5368 • 414-224-3581
Office Hours: M-Th 8AM-7PM, Fri 8AM-5PM, Sat 8AM-Noon

- To make a payment by mail, tear off the top portion of this letter and place it in the envelope with a check or money order payable to Professional Placement Services, LLC. Do not remit cash. Put your account number ▮1692 on the front of your money order. Stamp and return to the address listed.